# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 22-2159
_____

EEE Minerals, LLC; Suzanne Vohs, as Trustee for the Vohs Family Revocable Living Trust

Plaintiffs - Appellants

v.

State of North Dakota; Board of University and School Lands of the State of North Dakota; Joseph A. Heringer, Commissioner for the Board of University and School Lands of the State of North Dakota

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:20-cv-00219-CRH)
_____

**JUDGMENT**

Before COLLOTON, MELLOY and GRUENDER, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 30, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans